**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KIQUON E. WEST** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 22-5120** |
| : | |
| **BAKERS HEALTHCARE GROUP** : | |

## ORDER

This 20th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 13) is **GRANTED** and Plaintiff's Amended Complaint (ECF 11) is **DISMISSED** with prejudice.

                                                                  /s/ Gerald Austin McHugh
                                                                 United States District Judge